IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRANCIS HOLLYWOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:19-cv-00979 |
| ) | Judge Trauger |
| UNITED PARCEL SERVICE, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

On March 15, 2021, the Magistrate Judge issued a Report and Recommendation (Doc No. 45), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion for Summary Judgment filed by the defendant (Doc. No. 31) is GRANTED, and this case is DISMISSED with prejudice as to all claims.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge